FILED by KS D.C.

Apr 7, 2022

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. **22-20139-CR-GAYLES/TORRES**

8 U.S.C. § 1326(a)

UNITED STATES OF AMERICA

vs.

ALVARO ALEXANDER MUNOZ-PORTILLO,
   a/k/a "MUNOZ-PORTILLO, ALVARO ALEXANDE"
   a/k/a "MUNOZ PORTILLO, ALVARO"
   a/k/a "MUNOZ PORTILLO, ALVARO ALEXANDER"
   a/k/a "MUNOZ, ALVARO"
   a/k/a "MUNOZ-PORTILLO, ALVARO A"

      Defendant.
_____/

## INDICTMENT

The Grand Jury charges that:

On or about March 13, 2022, in Miami-Dade County, in the Southern District of Florida, the defendant,

ALVARO ALEXANDER MUNOZ-PORTILLO,
a/k/a "MUNOZ-PORTILLO, ALVARO ALEXANDE"
a/k/a "MUNOZ PORTILLO, ALVARO"
a/k/a "MUNOZ PORTILLO, ALVARO ALEXANDER"
a/k/a "MUNOZ, ALVARO"
a/k/a "MUNOZ-PORTILLO, ALVARO A"

an alien, having previously been removed and deported from the United States on or about June 8, 2011; November 7, 2011; June 13, 2013; and November 5, 2013 was found to be in the United States, knowingly and unlawfully, without the Attorney General of the United States or his successor, the Secretary for Homeland Security (Title 6, United States Code, Sections 202(3), 202(4), and 557), having expressly consented to such alien's reapplying for admission to the United States, in violation of Title 8, United States Code, Sections 1326(a).

1

A TRUE BILL

_____
FOREPERSON

_____
JUAN ANTONIO GONZALEZ
UNITED STATES ATTORNEY

_____
JEREMY THOMPSON
ASSISTANT UNITED STATES ATTORNEY

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA

v.

ALVARO ALEXANDER MUNOZ-PORTILLO,
   a/k/a "MUNOZ-PORTILLO, ALVARO
_____/

CASE NO.:

**CERTIFICATE OF TRIAL ATTORNEY***

**Superseding Case Information:**

New Defendant(s) (Yes or No)
Number of New Defendants
Total number of New Counts

**Court Division** (select one)
☑ Miami   ☐ Key West   ☐ FTP
☐ FTL    ☐ WPB

I do hereby certify that:

1. I have carefully considered the allegations of the indictment, the number of defendants, the number of probable witnesses and the legal complexities of the Indictment/Information attached hereto.

2. I am aware that the information supplied on this statement will be relied upon by the Judges of this Court in setting their calendars and scheduling criminal trials under the mandate of the Speedy Trial Act, Title 28 U.S.C. §3161.

3. Interpreter: (Yes or No) Yes
   List language and/or dialect: Spanish

4. This case will take 2 days for the parties to try.

5. Please check appropriate category and type of offense listed below:
   (Check only one)                (Check only one)
   I   ☑ 0 to 5 days              ☐ Petty
   II  ☐ 6 to 10 days             ☐ Minor
   III ☐ 11 to 20 days            ☐ Misdemeanor
   IV  ☐ 21 to 60 days            ☑ Felony
   V   ☐ 61 days and over

6. Has this case been previously filed in this District Court? (Yes or No) No
   If yes, Judge                          Case No.
7. Has a complaint been filed in this matter? (Yes or No) No
   If yes, Magistrate Case No.
8. Does this case relate to a previously filed matter in this District Court? (Yes or No) No
   If yes, Judge                          Case No.
9. Defendant(s) in federal custody as of
10. Defendant(s) in state custody as of
11. Rule 20 from the             District of
12. Is this a potential death penalty case? (Yes or No) No
13. Does this case originate from a matter pending in the Northern Region of the U.S. Attorney's Office prior to August 8, 2014 (Mag. Judge Shaniek Maynard? (Yes or No) No
14. Does this case originate from a matter pending in the Central Region of the U.S. Attorney's Office prior to October 3, 2019 (Mag. Judge Jared Strauss? (Yes or No) No

By: _____
    Jeremy Thompson
    Assistant United States Attorney
    Court ID No.    A5502636

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

PENALTY SHEET

**Defendant's Name**: Alvaro Alexander Munoz-Portillo a/k/a "MUNOZ-PORTILLO, ALVARO ALEXANDE" a/k/a "MUNOZ PORTILLO, ALVARO" a/k/a "MUNOZ PORTILLO, ALVARO ALEXANDER" a/k/a "MUNOZ, ALVARO" a/k/a "MUNOZ-PORTILLO, ALVARO A"

**Case No**:_____

Count #: 1

Illegal Reentry After Removal

Title 8, United States Code, Section 1326(a)

* **Max. Penalty**:    2 years' imprisonment

*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.